**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

KEITH WEST,                                          )
                                                    )
      Plaintiff,                               )        Case No. 3:20-cv-820-GNS
                                                    )
v.                                                  )
                                                    )        JURY TRIAL DEMANDED
LOUISVILLE JEFFERSON COUNTY METRO                   )
GOVERNMENT, et al.,                                 )
                                                    )
      Defendants.                              )

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE HIS RESPONSE TO
DEFENDANTS' MOTION TO BIFURCATE AND STAY (DKT. 92)**

Now comes Plaintiff, KEITH WEST, by and through counsel, and respectfully moves this Court for an extension of time to file his response to the Motion to Bifurcate and Stay filed by Defendants Jenny Assef, James Clark, Robert Fraction, James Griffiths, Mark Handy, Louisville-Jefferson County Metro Government, Kentucky, Michael McHugh, Jay Pierce, Jim Seng, Gene Sherrard, and Jim Woosley (Dkt. 92).  In support, Plaintiff states as follows:

1.      Currently pending before this Court is Defendants' Motion to Bifurcate and Stay Proceedings. Dkt. 92.

2.      Plaintiff's response to Defendants' Motion is due May 8, 2026.

3.      While Plaintiff has made considerable progress on responding to the pending motion, Plaintiff will not be able to complete his response to Defendants' motion today.

4.      Plaintiff just recently completed a month-long trial in *Clark, et al. v. Meade County, et al.*, Case No. 17-cv-419 (W.D. KY), which lasted from April 2 to April 29, 2026.

5.      While Plaintiff hoped to complete the response to this motion after trial, he has fallen short of doing so.

6.      Plaintiff respectfully seeks a 7-day extension (until May 15, 2026) to file his responsive pleading.

WHEREFORE, Plaintiff respectfully asks the Court for an extension of time to file his response by May 15, 3026.

DATED: May 8, 2026                                    Respectfully submitted,

                                                     /s/ Elliot Slosar
                                                     *One of Plaintiff's Attorneys*

Michael Kanovitz
Elliot Slosar
Amy Robinson Staples
LOEVY & LOEVY
311 N. Aberdeen, 3rd Fl
Chicago, IL 60607
312-243-5900

## <u>CERTIFICATE OF SERVICE</u>

I, Elliot Slosar, an attorney, hereby certify that on May 8, 2026, I filed the foregoing using the Court's CM/ECF system, which effectuated service on all counsel of record.

/s/ Elliot Slosar
*One of Plaintiff's Attorneys*